Carrie E. Hurtik, Esq.
Nevada Bar No. 7028
HURTIK & MANKE, LLC
7674 W. Lake Mead Blvd. #247
Las Vegas, NV 89128
(702) 966-5200
churtik@hurtikmanke.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  Lynn M. Ward                                Case No.: 09-33861
                                                    Chapter: 7

                    Debtor(s)
    _____

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- _____ Voluntary Petition (specify reason for amendment)
- _____ Summary of Schedules
- _____ Statistical Summary of Certain Liabilities
- _____ Schedule A - Real Property
- _____ Schedule B - Personal Property
- _____ Schedule C - Property Claimed as exempt
- _____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - _____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
    - _____ Add/change address of already listed creditor - No fee
- _____ Schedule G - Executory Contracts and Unexpired Leases
- _____ Schedule H - CoDebtors
- _____ Schedule I - Current Income of Individual Debtor(s)
- _____ Schedule J - Current Expenditures of Individual Debtor(s)
- _____ Declaration Concerning Debtor's Schedules
- _____ Statement of Financial Affairs and/or Declaration
- __✓__ Chapter 7 Individual Debtor's Statement of Intention
- _____ Disclosure of Compensation of Attorney for Debtor(s)
- _____ Statement of Current Monthly Income and Means Test Calculation
- _____ Certification of Credit Counseling
- _____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 1/6/10           Lynn M. Ward
                       Debtor                              Joint Debtor

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re   **Lynn M Ward**  
Debtor(s)

Case No.   **09-33861**  
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** US Bank | **Describe Property Securing Debt:** 2005 Jeep |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Wells Fargo Home Mortgage | **Describe Property Securing Debt:** 4932 Nestled Grove Drive, N. Las Vegas, NV 89031 |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ☐ NO |

1/06/10 9:46AM

B8 (Form 8) (12/08)            Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    January 6, 2010            Signature    **/s/ Lynn M Ward**
                                                                              **Lynn M Ward**
                                                                              Debtor